**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**KARIM SHINSHIR**                          **CIVIL ACTION NO. 6:25-CV-0838**
*as next friend of*                         **SECTION P**
*on behalf of*
Nargiza Ibraeva

**VS.**
                                            **JUDGE DAVID C. JOSEPH**

**MERRICK GARLAND ET AL**                   **MAGISTRATE JUDGE CAROL B.**
                                            **WHITEHURST**

### JUDGMENT

The REPORT AND RECOMMENDATION [Doc. 23] of the Magistrate Judge having

been considered, together with the written objections thereto filed with this Court,

and, after a *de novo* review of the record, finding that the Magistrate Judge's Report

and Recommendation is correct and that judgment as recommended therein is

warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Nargiza

Ibraeva's petition is **DENIED AND DISMISSED WITH PREJUDICE**.

THUS, DONE AND SIGNED in chambers on this 26th day of June 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE